**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name ROSENBALM   VINCENT   L
     (Last)       (First)      (Initial)

Prisoner Number 2069375

Institutional Address 2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE ROSENBALM         CV 08  3508
(Enter the full name of plaintiff in this action.)

vs.                           Case No. _____
                              (To be provided by the Clerk of Court)
RODNEY MITCHELL
THOMAS ALLMAN                 **COMPLAINT UNDER THE
ED FOULK                      CIVIL RIGHTS ACT,**
                              **Title 42 U.S.C § 1983**

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement   NAPA State Hospital

B.   Is there a grievance procedure in this institution?
     YES (✗)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES ( )    NO (✗)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. THIS CONCERNS INCARCERATION IN ANOTHER INSTITUTION

COMPLAINT                    - 1 -

1. Informal appeal _____

2. First formal level _MENDOCINO SUPERIOR COURT OCTOBER 2006_

3. Second formal level _COURT OF APPEALS WINTER 2006-2007_

4. Third formal level _SUPREME COURT OF CALIFORNIA_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _THIS CONCERNS COUNTY JAIL A FEW YEARS BACK - BUT NONETHELESS illegal custody_

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
_VINCENT ROSENBALM_
_2100 NAPA VALLEJO HIGHWAY_
_NAPA, CALIFORNIA 94558_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
_RODNEY MITCHELL - SHERIFF LAKE COUNTY_

COMPLAINT         - 2 -

1  THOMAS ALLMAN - SHERIFF MENDOCINO COUNTY
2  ED FOULK - EXECUTIVE DIRECTOR OF
3           NAPA STATE HOSPITAL
4
5  III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  IN FEBRUARY 2004 I WAS ARRESTED BY
11  MENDOCINO SHERIFFS, THE FOLLOWING
12  WEEK I WAS TRANSPORTED TO
13  LAKE COUNTY JAIL INTO THE CUSTODY
14  OF SHERIFF RODNEY MITCHELL ON
15  A MONDAY ABOUT NOON, I WAS
16  served LUNCH AND TAKEN TO court
17  THURSDAY BUT NOT ARRAIGNED till
18  about 4 IN THE Afternoon
19  I WAS NOT ARRAIGNED IN
20  72 HOURS AS REQUIRED BY LAW
21  HUNDREDS OF CRIMES were
22  committed in this case
23  IV.  Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  GIVE ME A JUDGMENT OF $15 million
27  DOLLARS FOR DAMAGES
28  Victim/witness Help Relocation

COMPLAINT                    - 3 -

1. Return of Property stolen by police
2. Victim/witness help Retraining
3. Restraining order Against Ukiah
4. Police

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of __JULY__, 20__08__

*Vincent Rosenbalm*

(Plaintiff's signature)

COMPLAINT                     - 4 -

1  PROOF OF SERVICE     7/15/08
2  I am Vincent Rosenbalm an
3  american citizen over 18
4  years of age.
5
6  ON 7/15/08 I served the within
7     1) 42 U.S.C. 1983 Form
8     2) FINANCIALS
9  By placing a copy in the
10 Napa State Hospital Mail
11 Addressed  court clerk
12           U.S. DISTRICT COURT
13           450 GOLDEN GATE Ave
14           SAN FRANCISCO, CA 94102
15 From
16 VINCENT ROSENBALM
17 2100 NAPA VALLEJO HIGHWAY
18 NAPA, CA 94558
19
20 Under the Penalty of Perjury
21 this is true and correct to
22 the best of my knowledge.
23
24              Vincent Rosenbalm