



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE ROSENBAUM,

    Plaintiff,

vs.

RODNEY MITCHELL
THOMAS ALLMAN
ED FOULK

    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

28 U.S.C 1915(g)

    I, VINCENT LEE ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $25 week    Net: Approx $20-25 week

Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or           Yes ✓  No ___
10          self employment
11     b.   Income from stocks, bonds,        Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                    Yes ___ No ✓
14     d.   Pensions, annuities, or           Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ✓  No ___
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _125⁰⁰ Hospital welfare_____
22  _3²⁵ Author House Publishing_____

23  3.     Are you married?                   Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

APP. TO PROC. IN FORMA PAUPERIS            - 2 -

ALL ESTIMATES

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       JDR (17)
6       NONE AT PRESENT ILLEGAL IMPRISONMENT
7   5.  Do you own or are you buying a home?    Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.  Do you own an automobile?  (2)   Yes ✓ No ___
10  Make SUBARU  Year 92, 93  Model Legacy
11  Is it financed? Yes ___ No ✓ If so, Total due: $ 0
12  Monthly Payment: $ 0
13  7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ✓ No ___ Amount: $ Approx $30
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ✓ No ___
20  Personal Property Approx $15,000.00
21  8.  What are your monthly expenses?
22  Rent: $ 0   Utilities: 0
23  Food: $ 0   Clothing: 0
24  Charge Accounts:
25  Name of Account       Monthly Payment        Total Owed on This Acct.
26  0                     $ 0                    $ 0
27                        $ 0                    $ 0
28                        $                      $

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

SCHOOL LOANS   Approx $5-10,000.00

CREDIT CARD Debt Approx $5-10,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/15/08                    Vincent Rosenbalm
DATE                       SIGNATURE OF APPLICANT

Vincent Rosenbalm
2100 NAPA VALLEJO Highway
NAPA, CA 94558

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA