UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

Plaintiff.

No. C 08-3508 SI (pr)
No. C 08-3643 SI (pr)
No. C 08-5239 SI (pr)
No. C 08-5335 SI (pr)
No. C 08-5459 SI (pr)

**ORDER OF DISMISSAL**

On December 15, 2008, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these actions by January 5, 2009 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. Accordingly, each referenced action is dismissed because plaintiff failed to comply with the order to pay the filing fee. The clerk shall close the file for each of the referenced cases.

IT IS SO ORDERED.

Dated: February 4, 2009

_____
SUSAN ILLSTON
United States District Judge